Lawyers Guild, as *amicus curiae,* denied. Certiorari denied. *William B. Esterman* for petitioner. *Edmund G. Brown,* Attorney General of California, *William V. O'Connor,* Chief Deputy Attorney General, and *Elizabeth Miller,* Deputy Attorney General, for respondent.

No. 64, Misc. SISK *v.* OVERLADE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 135, Misc. LYONS *v.* SUPREME COURT OF CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 139, Misc. LEBRON ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Abraham M. Dubno* for Otero Otero, petitioner. *Solicitor General Sobeloff, Assistant Attorney General Tompkins* and *Philip R. Monahan* for the United States.

No. 186, Misc. PRICE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Charles H. Davis* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 208, Misc. McBEE *v.* TENNESSEE. Supreme Court of Tennessee, Eastern Division. Certiorari denied. *William Earl Badgett* for petitioner. *Knox Bigham,* Assistant Attorney General of Tennessee, for respondent.

No. 586, Misc., October Term, 1954. SORBER *v.* MISSISSIPPI, 349 U. S. 948. Rehearing denied.